IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | |
| | : | CRIMINAL No. 11-76 |
| AMOS SINGLETON | : | |
|    a/k/a/ "Aziz Mahadi," | : | |
|    a/k/a "Aziz Hankerson," | : | |
| COREY PASLEY | : | |

## ORDER

AND NOW, this 9th day of November, 2011, having considered Defendant Singleton's Motion to Join Pretrial Motions of Codefendent, it is hereby **ORDERED** that Defendant Singleton may join in the as yet undecided pretrial motions filed by codefendent Corey Pasley. It is further **ORDERED** that all as yet undecided pretrial motions shall be heard on November 21, 2011, at 2:00 P.M. in Courtroom 10-A.

                                        /s/ Norma L. Shapiro

                                                                              J.