# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | |
| | : | CRIMINAL No. 11-76 |
| AMOS SINGLETON | : | |
|    a/k/a "Aziz Mahadi," | : | |
|    a/k/a "Aziz Hankerson," | : | |
| COREY PASLEY | : | |

## ORDER

And now, this 22nd day of February, 2012, following the February 7th hearing, for the reasons discussed in the attached opinion, it is **ORDERED** that:

1. Paragraph 'N' of the court's Order of June 7, 2011 (paper no. 42) is **VACATED**.

2. Defendant Corey Pasley's Motion for Severance Pursuant to Rule 14 (paper no. 32) is **GRANTED**.

3. The trial of Corey Pasley shall commence on **March 19, 2012**, at **10:00 A.M.** in **Courtroom 10-A**.

4. The trial of Amos Singleton shall commence immediately after Corey Pasley's trial if the Court of Appeals has disposed of Singleton's appeal (paper no. 131).

                                                         /s/ Norma L. Shapiro
                                                                                       J.