# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Cr. No. 11-076 |
| : | |
| **AMOS SINGLETON** : | |
|    a/k/a "Aziz Mahadi" : | |
|    a/k/a "Aziz Hankerson" : | |

**Norma L. Shapiro, J.**

ORDER

AND NOW, this 25th day of June, 2013, upon consideration of defendant's motion for acquittal and/or for a new trial and/or for arrest of judgment (papers no. 175, 185), and the response in opposition (paper no. 178), and all other relevant papers on the record, it is **ORDERED** that the motion for judgment of acquittal under Fed.R.Crim.P. 29(c)(1) or, in the alternative, for a new trial under Fed.R.Crim.P. 33(b)(2), and/or for an arrest of judgment under Fed.R.Crim.P. 34(a)(1) is **DENIED** for the reasons stated in the memorandum of June 24, 2013.

                                                                             /s/ Norma L. Shapiro
                                                                             _____
                                                                                         J.